

| | |
|---|---|
| Date: | 12/13/2014 |
| Afni, Inc. Account #: | ‾‾‾‾687-01 |
| Creditor: | AT&T MOBILITY |
| Creditor Account #: | 2896 |
| Balance: | $552.45 |

1310 Martin Luther King Drive
PO Box 3517
Bloomington, IL 61702-3517
www.afnicollections.com

# COLLECTION NOTICE

This account has been placed with our agency for collection. We are requesting your assistance in resolving this matter. We look forward to assisting you in resolving your account.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of the debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. We may furnish information about your account to the credit bureaus. You have the right to inspect your credit. This is an attempt to collect a debt. Any information obtained will be used for that purpose. You have the right to inspect your credit. This letter is from a debt collector.

Our office can be reached toll free at (877) 403-0657 Monday through Friday 7am-9pm and Saturday 8am - 12pm CT.

All conversations with Afni may be recorded.

**Payments made electronically to Afni may be subject to a $4.95 processing fee. Payments sent by mail are not subject to any processing fee.**

New York City Department of Consumer Affairs license number # 1072175
Residents of New York City may call Dave at (877) 403-0657

---

| Customer Service and Payment Information | Telephone Hours Are:<br>Monday through Friday 7am - 9pm CT<br>Saturday 8am - 12pm CT<br>(877) 403-0657 | Send Mail To:<br>AFNI, Inc.<br>PO Box 3517<br>Bloomington, IL 61702-3517 | Pay online at:<br>www.afnicollections.com |
|---|---|---|---|

Detach and return bottom portion with your payment. Please include your Afni account # listed below on your check.    T4/ Page 1 of 1

12/13/2014    T4/673227957242    819/0000759/0004

PO Box 1637
Southgate, MI 48195

| IF PAYING BY VISA OR MASTERCARD FILL OUT BELOW | | |
|---|---|---|
| NAME AS IT APPEARS ON CARD | VISA ☐ | MasterCard ☐ |
| CARD NUMBER | EXP DATE | AMOUNT |
| SIGNATURE | MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | |
| Afni, Inc. Account # | Creditor | |
| )87-01 | AT&T MOBILITY | |
| Creditor Account # | Balance | |
| 896 | $552.45 | |

1    687 991780 00000055245

Elia Kassab
2436 Ocean Pkwy
Brooklyn, NY 11235-6109

AFNI, Inc.
PO Box 3517
Bloomington, IL 61702-3517

Toll Free: (877) 403-0657

## PRIVACY STATEMENT

Your account has been acquired by Afni, Inc. As required by federal law, Afni wants to inform you of how we will handle confidential information we obtain about you. The privacy policies and practices described in this notice will apply to current as well as former account holders.

### Information We Collect

Afni, Inc. may collect non public personal information about you from:
- The original creditor
- consumer reporting agencies; and
- other parties for the purposes of acquiring location information as provided for by the Fair Debt Collection Practices Act, 15 USC §1692 et seq.

### Information We Disclose

We do not disclose any nonpublic personal information about you to anyone, except as provided for by the Fair Debt Collection Practices Act, 15 USC §1692 et seq. and the Fair Credit Reporting Act, 15 USC §1681 et seq.

### Security

Afni, Inc. restricts access to nonpublic personal information about you to those employees who need to know that information to process this account. Afni, Inc. maintains physical, electronic and procedural safeguards that comply with federal regulations to guard your non public personal information.

---

If you wish to pay by credit card:   ☐ Visa®   ☐ MasterCard®

Account Number _____ 3 Digit Code _____

Expiration Date _____ Payment Amount $ _____

Name of Card Holder _____

Signature of Card Holder _____

**Different Credit Card Billing Address?**   ☐ Yes   ☐ No   If YES, please provide information below:

Address _____

City _____ State _____ Zip _____